BEFORE THE FIRST DIVISION, AUGUST 30, 1967

**No. P67/281.**—Isaac B. Cohen & Sons Corp. *v.* United States, protest 66/63500 (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of *Canton Son, Inc.* v. *United States* (48 Cust. Ct. 398, Abstract 66652), the claim of the plaintiff was sustained.

**No. P67/282.**—Rettrain Imports, Inc. *v.* United States, protests 65/23040 and 65/23581 (New York).

**No. P67/283.**—Rettrain Imports, Inc. *v.* United States, protests 66/36786, 66/50423, and 66/77966 (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, AUGUST 30, 1967

**No. P67/284.**—W. Kay Co., Inc. *v.* United States, protest 66/78784 (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.